IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16-CR-364 |
| vs. | FINAL ORDER OF FORFEITURE |
| ANTHONY CASAUS, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 42). On May 30, 2017, the Court entered a preliminary order of forfeiture (filing 35) pursuant to 21 U.S.C. § 853 based upon the defendant's plea of guilty to violating 21 U.S.C. §§ 841(a)(1) and (b)(1), and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the preliminary order of forfeiture, the defendant's interest in $14,219.00 in United States currency was forfeited to the United States.

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 31, 2017, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 41) was filed on August 3, 2017. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 42) is granted.

2. All right, title, and interest in the $14,219.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

3. The property described above is forfeited to the plaintiff.

4.  The plaintiff is directed to dispose of the property described above in accordance with law.

Dated this 26th day of September, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge